Judge _____
Mag. _____
Journal _____
Issue _____
Docketed _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

03 SEP 15 AM 10: 57

| | | |
|---|---|---|
| **REBECCA SUMMERS** | : | CASE NO.  C-1-02-368 |
| Plaintiff | : | JUDGE SUSAN J. DLOTT |
| vs. | : | **NOTICE TO TAKE DEPOSITION** |
| **KEEBLER COMPANY, et al.** | : | **OF SHARON MAUL** |
| Defendants | : | |

Please take notice that pursuant to Federal Rules of Civil Procedure 30 and 32, Plaintiff by and through counsel will take the deposition of Sharon Maul for all purposes permitted under the Federal Rules of Civil Procedure and Evidence. Said deposition will take place on the 19th day of September, 2003 at 9:00 a.m. at the offices of Taft, Stettinius & Hollister, 425 Walnut Street, Suite 1800, Cincinnati, Ohio, 45202-3957. You are invited to attend and participate.

RESPECTFULLY SUBMITTED,

_____
MARK J. BYRNE - #0029243
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Attorney for Plaintiff
2300 Kroger Building
1014 Vine Street
Cincinnati, OH 45202
Tele (513) 381-6600
Fax  (513) 381-4150

2

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been forwarded to Patricia Anderson Pryor, Taft, Stettinius & Hollister, Attorney for Defendant Keebler Company, 425 Walnut Street, Suite 1800, Cincinnati, Ohio, 45202-3957; and James B. Robinson, Kircher, Robinson & Welch, Attorney for Defendant Bakery, Confectionery & Tobacco Workers' and Grain Millers Local 253, 1014 Vine Street, Suite 2520, Cincinnati, Ohio, 45202, by facsimile, this 11th day of Septmeber, 2003.

 

_____
MARK J. BYRNE - #0029243
Attorney for Plaintiff