UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| REBECCA SUMMERS, | :: | CIVIL ACTION NO.  C-1-02-368 |
| Plaintiff | :: | JUDGE DLOTT |
| vs. | :: | |
| KEEBLER COMPANY | :: | |
| and | :: | |
| BAKERY, CONFECTIONERY & TOBACCO WORKERS  AND GRAIN MILLERS, LOCAL 253, | :: | |
| Defendants | :: | |

: : : :: : : :

## AGREED MOTION FOR EXTENSION OF DEADLINE FOR MOTIONS FOR SUMMARY JUDGMENT

The parties respectfully request that the deadline for Motions for Summary Judgment in this matter be extended to November 1, 2003.  The grounds for this Motion are set forth below.

Respectfully submitted,

s/James B. Robinson
**JAMES B. ROBINSON         (0023483)
KIRCHER, ROBINSON & WELCH**
**1014 Vine Street, Suite 2520
Cincinnati, Ohio   45202
Phone:        513-381-3525
Fax:            513-381-5665**

**Attorney for Defendant, Bakery, Confectionery & Tobacco Workers  and Grain Millers, Local 253**

-1-

        s/(per 9/15 t.c.)Mark J. Byrne
MARK J. BYRNE        (0029243)
JACOBS, KLEINMAN, SEIBEL & McNally
2300 Kroger Building
1014 Vine Street
Cincinnati, Ohio   45202
Phone:        513-381-6600
Fax:          513-381-4150

**Attorney for Plaintiff**


        s/(per 9/15 t.c.)Patricia Anderson Pryor
PATRICIA ANDERSON PRYOR (0069545)
TAFT, STETTINIUS & HOLLISTER
425 Walnut Street, Suite 1800
Cincinnati, Ohio   45202-3957
Phone:        513-381-2838
Fax:          513-381-0205

**Attorney for Defendant Keebler Company**


**MEMORANDUM IN SUPPORT OF
AGREED MOTION FOR EXTENSION OF DEADLINE
FOR MOTIONS FOR SUMMARY JUDGMENT**

The parties have agreed that the depositions of David Richardson and Paul Smith will be held outside the discovery period, on October 7, 2003, on condition that the date for dispositive Motions is extended to November 1, 2003.

Respectfully submitted,

s/James B. Robinson
**JAMES B. ROBINSON       (0023483)**
**KIRCHER, ROBINSON & WELCH**
**1014 Vine Street, Suite 2520**
**Cincinnati, Ohio   45202**
**Phone:        513-381-3525**
**Fax:           513-381-5665**

**Attorney for Defendant, Bakery,**
**Confectionery & Tobacco Workers  and**
**Grain Millers, Local 253**

s/(per 9/15 t.c.)Mark J. Byrne
**MARK J. BYRNE       (0029243)**
**JACOBS, KLEINMAN, SEIBEL & McNally**
**2300 Kroger Building**
**1014 Vine Street**
**Cincinnati, Ohio   45202**
**Phone:        513-381-6600**
**Fax:           513-381-4150**

**Attorney for Plaintiff**

s/(per 9/15 t.c.)Patricia Anderson Pryor
**PATRICIA ANDERSON PRYOR (0069545)**
**TAFT, STETTINIUS & HOLLISTER**
**425 Walnut Street, Suite 1800**
**Cincinnati, Ohio   45202-3957**
**Phone:        513-381-2838**
**Fax:           513-381-0205**

**Attorney for Defendant Keebler Company**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to Mark J. Byrne, Attorney for Plaintiff, 2300 Kroger Building, 1014 Vine Street, Cincinnati, Ohio, 45202, and Patricia Anderson Pryor, Taft, Stettinius & Hollister, , 425 Walnut Street, Suite 1800, Cincinnati, Ohio, 4520-3957, Attorney for Defendant Keebler Company, by operation of the Court s electronic filing system. Parties may access this filing through the Court s system.

s/James B. Robinson
**JAMES B. ROBINSON**