UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| REBECCA SUMMERS, | :: | CIVIL ACTION NO. C-1-02-368 |
| Plaintiff | :: | JUDGE DLOTT |
| vs. | :: | |
| KEEBLER COMPANY | :: | |
| and | :: | |
| BAKERY, CONFECTIONERY & TOBACCO WORKERS AND GRAIN MILLERS, LOCAL 253, | :: :: | |
| Defendants | :: | |

: : : :: : : :

*Granted
Susan J. Dlott
Sept 24, 2003*

**AGREED MOTION FOR EXTENSION OF DEADLINE
FOR MOTIONS FOR SUMMARY JUDGMENT**

The parties respectfully request that the deadline for Motions for Summary Judgment in this matter be extended to November 1, 2003. The grounds for this Motion are set forth below.

Respectfully submitted,

s/James B. Robinson
JAMES B. ROBINSON     (0023483)
KIRCHER, ROBINSON & WELCH
1014 Vine Street, Suite 2520
Cincinnati, Ohio  45202
Phone:     513-381-3525
Fax:       513-381-5665

Attorney for Defendant, Bakery,
Confectionery & Tobacco Workers and
Grain Millers, Local 253

-1-