UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

REBECCA SUMMERS,
      (Plaintiff),

v                                              C-1-02-368

KEEBLER COMPANY AND BAKERY
      (Defendant).

The depositions of Sharon Maul, Rebecca Summers, and David Richardson in the above case have been manually filed.

                                                        TERRY DEINLEIN, Acting Clerk

                                                        _____s/Bill Miller_____
                                                         Bill Miller, Deputy Clerk