UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **REBECCA SUMMERS** | : | CASE NO.  **C-1-02-368** |
| | : | |
| Plaintiff | : | JUDGE  **SUSAN J. DLOTT** |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S MOTION FOR** |
| **KEEBLER COMPANY, et al.** | : | **ADDITIONAL TIME IN WHICH TO** |
| | : | **RESPOND TO DEFENDANT** |
| Defendants | : | **LOCAL 253'S MOTION FOR** |
| | : | **SUMMARY JUDGMENT** |

Now comes Plaintiff, by and through counsel, and hereby requests an additional seven (7) days in which to respond to the Defendant Local 253 Bakery Confectionery and Tobacco Workers and Grain Millers International Union's motion for summary judgment. The extension of time is requested until December 1, 2003.

> RESPECTFULLY SUBMITTED,
>
> /s/ Mark J. Byrne
> **MARK J. BYRNE - #0029243**
> JACOBS, KLEINMAN, SEIBEL & MCNALLY
> Attorney for Plaintiff
> 2300 Kroger Building
> 1014 Vine Street
> Cincinnati, OH  45202
> Tele  (513) 381-6600
> Fax   (513) 381-4150
> E-Mail:  mbyrne@jksmlaw.com

**MEMORANDUM**

Plaintiff requests until December 1, 2003 in which to respond to the Defendant Local 253's motion for summary judgment. Counsel for Plaintiff has consulted with counsel for

Defendant and there is no opposition to the same as long as Defendant receives seven additional days for the filing of its reply.  In addition, prior to that time Plaintiff will have the opportunity to enter a notice of dismissal which will dismiss the Keebler Company from the case.

                                              RESPECTFULLY SUBMITTED,

                                              /s/ Mark J. Byrne
                                              **MARK J. BYRNE - #0029243**
                                              JACOBS, KLEINMAN, SEIBEL & MCNALLY
                                              Attorney for Plaintiff
                                              2300 Kroger Building
                                              1014 Vine Street
                                              Cincinnati, OH  45202
                                              Tele  (513) 381-6600
                                              Fax   (513) 381-4150
                                              E-Mail:  mbyrne@jksmlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on November 24, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   Patricia Anderson Pryor, Taft, Stettinius & Hollister, Attorney for Defendant Keebler Company, 425 Walnut Street, Suite 1800, Cincinnati, Ohio, 45202-3957, at pryor@taftlaw.com; Roger A. Weber, Taft, Stettinius & Hollister, Attorney for Defendant Keebler Company, 425 Walnut Street, Suite 1800, Cincinnati, Ohio, 45202-3957, at weber@taftlaw.com; and James B. Robinson, Kircher, Robinson & Welch, Attorney for Defendant Bakery, Confectionery & Tobacco Workers' and Grain Millers Local 253, 1014 Vine Street, Suite 2520, Cincinnati, Ohio, 45202, at kircher@fuse.net.

                                              /s/ Mark J. Byrne
                                              **MARK J. BYRNE - #0029243**
                                              Attorney for Plaintiff