UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **REBECCA SUMMERS** | : | CASE NO.   C-1-02-368 |
| | : | |
| Plaintiff | : | JUDGE  SUSAN J. DLOTT |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S MOTION FOR** |
| **KEEBLER COMPANY, et al.** | : | **ADDITIONAL TIME IN WHICH TO** |
| | : | **RESPOND TO DEFENDANT** |
| Defendants | : | **LOCAL 253'S MOTION FOR** |
| | : | **SUMMARY JUDGMENT** |

*Granted
Susan J. Dlott
12/1/03*

Now comes Plaintiff, by and through counsel, and hereby requests an additional seven (7) days in which to respond to the Defendant Local 253 Bakery Confectionery and Tobacco Workers and Grain Millers International Union's motion for summary judgment. The extension of time is requested until December 1, 2003.

RESPECTFULLY SUBMITTED,

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Attorney for Plaintiff
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tele  (513) 381-6600
Fax   (513) 381-4150
E-Mail:  mbyrne@jksmlaw.com

**MEMORANDUM**

Plaintiff requests until December 1, 2003 in which to respond to the Defendant Local 253's motion for summary judgment. Counsel for Plaintiff has consulted with counsel for