UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **REBECCA SUMMERS** | : | CASE NO.   **C-1-02-368** |
| Plaintiff | : | JUDGE  **SUSAN J. DLOTT** |
| vs. | : | |
| | : | **NOTICE OF ADDITIONAL AUTHORITY** |
| **KEEBLER COMPANY, et al.** | : | |
| Defendants | : | |

Now comes Plaintiff, by and through counsel, and hereby submits additional authority in support of her claim against the union.  The additional authority is the case of *Edgar D. LaPerriere, Jr. v. International Union, United Automobile, Aerospace and Agricultural Implement Workers of America*, Case No. 01-1576.  In that case the Sixth Circuit Court of Appeals permitted a direct cause of action against the union for breach of the duty of fair representation.

RESPECTFULLY SUBMITTED,

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Attorney for Plaintiff
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tele  (513) 381-6600
Fax   (513) 381-4150
E-Mail:  mbyrne@jksmlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   Patricia Anderson Pryor, Taft, Stettinius & Hollister, Attorney for Defendant Keebler Company, 425 Walnut Street, Suite 1800, Cincinnati, Ohio, 45202-3957, at pryor@taftlaw.com; Roger A. Weber, Taft, Stettinius & Hollister, Attorney for Defendant Keebler Company, 425 Walnut Street, Suite 1800, Cincinnati, Ohio, 45202-3957, at weber@taftlaw.com; and James B. Robinson, Kircher, Robinson & Welch, Attorney for Defendant Bakery, Confectionery & Tobacco Workers' and Grain Millers Local 253, 1014 Vine Street, Suite 2520, Cincinnati, Ohio, 45202, at kircher@fuse.net.

      /s/ Mark J. Byrne  
      **MARK J. BYRNE - #0029243**  
      Attorney for Plaintiff