FILED
JAMES BONINI
CLERK

03 DEC 18 PM 3:05

SO... DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| REBECCA SUMMERS | : | CASE NO.   C-1-02-368 |
| Plaintiff | : | JUDGE  SUSAN J. DLOTT |
| vs. | : | NOTICE OF FILING OF |
| KEEBLER COMPANY, et al. | : | DEPOSITIONS |
| Defendants | : | |

Now comes Plaintiff, by and through counsel, and hereby gives notice of the manual filing of the deposition of Paul Frederick Smith, Jr.

RESPECTFULLY SUBMITTED,

_____
MARK J. BYRNE - #0029243
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Attorney for Plaintiff
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tele  (513) 381-6600
Fax   (513) 381-4150
E-Mail:  mbyrne@jksmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2003, I manually filed the foregoing with the Clerk of the Court. Said filing will be sent by CM/ECF system to the following:   Patricia Anderson Pryor, Taft, Stettinius & Hollister, Attorney for Defendant Keebler Company, 425 Walnut Street, Suite 1800, Cincinnati, Ohio, 45202-3957, at pryor@taftlaw.com; Roger A. Weber, Taft, Stettinius & Hollister, Attorney for Defendant Keebler Company, 425 Walnut Street, Suite 1800, Cincinnati, Ohio, 45202-3957, at weber@taftlaw.com; and James B. Robinson, Kircher, Robinson & Welch, Attorney for Defendant Bakery, Confectionery & Tobacco Workers' and Grain Millers Local 253, 1014 Vine Street, Suite 2520, Cincinnati, Ohio, 45202, at kircher@fuse.net.

_____
MARK J. BYRNE - #0029243
Attorney for Plaintiff