UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **REBECCA SUMMERS** | : | CASE NO.   **C-1-02-368** |
| | : | |
| Plaintiff | : | JUDGE  **SUSAN J. DLOTT** |
| | : | |
| vs. | : | |
| | : | **STIPULATION OF DISMISSAL** |
| **KEEBLER COMPANY, et al.** | : | **OF KEEBLER CO.** |
| | : | |
| Defendants | : | |

It is hereby STIPULATED AND AGREED, by and between the undersigned, the attorneys of record, for the parties to the above-entitled action, that all claims of Plaintiff, Rebecca Summers, against Defendant Keebler Company only, be dismissed with prejudice. These claims include Counts II, IV, V, VII and VIII.  Each party shall bear its own costs and attorneys fees.  This stipulation may be filed without further notice with the Clerk of Court pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated this 4th day of February, 2004, in Cincinnati, Ohio.

/s/ Roger A. Weber
**ROGER A. WEBER (0001257)**
**PATRICIA ANDERSON PRYOR (0069545)**
TAFT, STETTINIUS & HOLLISTER
Attorneys for Defendant Keebler Company
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Tele: (513) 381-2838
Fax:  (513) 381-0205
E-Mail: weber@taftlaw.com
E-Mail: pryor@taftlaw.com

/s/ Mark J. Byrne
**MARK J. BYRNE (0029243)**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Attorney for Plaintiff Rebecca Summers
2300 Kroger Building
1014 Vine Street
Cincinnati, OH 45202
Tele:  (513) 381-6600
Fax:   (513) 381-4150
E-Mail: mbyrne@jksmlaw.com