IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

REBECCA SUMMERS,

vs.

KEEBLER CO., et al,

Case Number: 1:02cv368-SJD

District Judge Susan J. Dlott

NOTICE

The FINAL PRETRIAL CONFERENCE previously scheduled for FRIDAY, FEBRUARY 13, 2004 is hereby VACATED.

JAMES BONINI, CLERK

___s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633