IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| REBECCA SUMMERS, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cv368-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| KEEBLER CO., et al, : | |
| : | |
| Defendant(s) : | |

NOTICE OF MANUAL FILING

The following documents has been manually filed with this Office:

Exhibits to depositions.

2/20/04                                                                 JAMES BONINI, CLERK


                                                                        ___s/Stephen Snyder_____
                                                                        Deputy Clerk