Mon Mar 22 15:53:36 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 422323
Cashier       kjl

Check Number: 16011

DO Code    Div No
4661       1

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount    $   255.00

JACOBS, KLEINMAN SEIBEL & MCNALLY

APPEAL FEE C-1-02-368

Mon Mar 22 15:53:36 2004

Check No.  16011
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661