# TRANSMISSION FORM

| District Court: | S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:02cv0368 | Court of Appeals Case No: 04-3379 |
| SHORT CAPTION | | Case Manager: |
| **REBECCA SUMMERS** | | |
| Plaintiff/Petitioner | vs. | Date Filed: |
| **KEEBLER CO., et al.,** | | **FILED MAR 2 4 2004 LEONARD GREEN, Clerk** |
| Defendant/Respondent | | |
| *provide pro se address IF NOT on the docket sheet | | |
| District Court Judge: | SUSAN J. DLOTT | Anything That Needs Special Attention **NOTICE OF APPEAL(DOC.31) appealing ORDER(DOC.29) entered on 2/20/2004.** |
| Court Reporter(s): | | |
| From Deputy Clerk: | ARTHUR HILL | |
| Date: | 3/23/2004 | |
| $255.00 Appeal Filing Fee Paid?  YES | | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **JAMES BONINI**
United States District Court