UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
JAMES BONINI
CLERK

05 JUN 17 PM 3: 15

No: 04-3379

Filed: June 16, 2005

REBECCA SUMMERS

    Plaintiff - Appellant

1:02 cv 368
Dlott

v.

THE KEEBLER COMPANY;

    Defendant

BAKERY, CONFECTIONERY & TOBACCO WORKERS' AND GRAIN MILLERS,
Local 253

    Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 5/25/05 the mandate for this case hereby issues today.

No costs taxed

Filing Fee ...........$
Printing ............$

    Total ........$

A True Copy.

Attest:

_____
Deputy Clerk